UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 02-14331-CIV-PAINE/LYNCH

ALLEN BRASH,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
a Florida Corporation, DAVID ROWE,
and MICHAEL MOORE, in his
official capacity as Secretary of the
Florida Department of Corrections,

    Defendants.
_____/



### DEFENDANT CROSBY'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR CONVERSION OF PRELIMINARY INJUNCTION INTO A PERMANENT INJUNCTION, OR IN THE ALTERNATIVE, EMERGENCY MOTION FOR AN EVIDENTIARY HEARING PRIOR TO THE ENTRY OF A PERMANENT INJUNCTION

Defendant, JAMES V. CROSBY, JR.,[1] in his official capacity as Secretary of the Florida Department of Corrections, by and through undersigned counsel, hereby files this Response to Plaintiff's Emergency Motion for Conversion of Preliminary Injunction into a Permanent Injunction or, in the Alternative, Emergency Motion for an Evidentiary Hearing Prior to the Entry of a Permanent Injunction and states:

---

[1] Defendant MOORE has been sued in his official capacity as Secretary of the Florida Department of Corrections. In January, 2003, Governor Jeb Bush appointed James V. Crosby, Jr. as Secretary of the Florida Department of Corrections. Thus, pursuant to Fed.R.Civ.P. 25(d)(1), Secretary Crosby should be substituted for Defendant Moore.



1. There are currently two dispositive motions pending before this Court: (1) Plaintiff and Defendants Wexford Health Sources, Inc. and Rowe filed a Motion for Entry of Order [DE #86] indicating that Defendant Wexford (Plaintiff's medical provider) and Rowe agreed that the Plaintiff shall immediately receive retreatment with Pegylated Interferon and Ribavirin for Hepatitis C and cirrhosis and (2) Defendant Crosby's Motion for Entry of Order [DE #__] stipulating that the Plaintiff shall receive retreatment with Pegylated Interferon and Ribavirin for Hepatitis C and cirrhosis at **any** Department of Corrections facility where said retreatment can be provided.

2. Therefore, Plaintiff's request for conversion of the preliminary injunction into a permanent injunction to enjoin Defendant Crosby is not needed based on Defendant Crosby's stipulation to the entry of an order granting all the relief which Plaintiff sought in the Verified Complaint. Similarly, there is absolutely no reason for a evidentiary hearing of any kind.

3. Defendant submits it is inappropriate for the Plaintiff to independently deem himself to be the prevailing party in this litigation. Whether or not the Plaintiff is the prevailing party is an issue to be determined by a Judge or a jury – not the Plaintiff.

4. Defendant further submits it is also inappropriate for the Plaintiff to independently declare that the Plaintiff's Eighth Amendment rights would be violated unless the Plaintiff continues to receive retreatment for Hepatitis C. Whether or not the Plaintiff's rights under the Eighth Amendment have and/or will be violated is again an issue to be determined by a Judge or a jury – not the Plaintiff. Moreover, Plaintiff's argument that this Court previously found "a likelihood of success on the merits" of Plaintiff's Motion for Preliminary Injunction does not equate to a finding a constitutional violation and is misplaced.

5. The entry of a final order pursuant to Defendant Crosby's motion for entry of order obviates the need for the relief sought in the instant motion.

WHEREFORE Defendant Crosby respectfully requests that this Court deny the Plaintiff's Emergency Motion for Conversion of Preliminary Injunction into a Permanent Injunction and issue an order indicating same.

Respectfully submitted,

CHARLES J. CRIST, JR.
ATTORNEY GENERAL

_____
Valerie J. Martin
Assistant Attorney General
Florida Bar No: 0124133

OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone:   561-837-5000
Facsimile:   561-837-5102
E-Mail:      Valerie_Martin@oag.state.fl.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail to: Randall C. Berg, Jr., Esq., (counsel for Plaintiff) Florida Justice Institute, Inc., 2870 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2309 and Mitchel Chusid, Esq. (counsel for Defendants Wexford and Rowe), Ritter Chusid Bivona & Cohen, L.L.P., 7000 West Palmetto Park Road, Suite 305, Boca Raton, Florida 33433 on this 21 day of July, 2003.

_____
Valerie J. Martin