UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case No. 02-14331-Civ-Paine/Lynch

ALLEN BRASH,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
a Florida corporation, DAVID
ROWE, and MICHAEL MOORE, in
his official capacity as
Secretary of the Florida
Department of Corrections,

    Defendants.

FILED by _SR_ D.C.

JUL 24 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** comes before this Court upon the Plaintiff's and Defendants Wexford Health Sources, Inc.'s (hereinafter "Wexford") and Rowe's Motion for the Entry of an Order. Having heard argument and reviewed this Motion and the pertinent portions of the record, and being otherwise advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Court's preliminary injunction as to Defendants Wexford and Rowe shall be deemed a permanent injunction and that the Plaintiff shall be provided one full course of retreatment with Pegylated Interferon and Ribavirin for his Hepatitis C and cirrhosis at Okeechobee Correctional Institu-

tion or any other facility under contract with Defendant Wexford where said retreatment can be properly provided. It is further

**ORDERED AND ADJUDGED** that the Plaintiff and Defendants Wexford and Rowe shall attempt to resolve the issue of entitlement to and amount of attorneys' fees and costs, if any, within sixty (60) days of the entry of this Order. In the event the Plaintiff and Defendants Wexford and Rowe are unable to resolve this issue within sixty (60) days from the entry of this Order, each party shall file a motion for attorneys' fees and costs within ninety days (90) from the date of entry of this Order. It is further

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction to award attorneys' fees, expenses, and costs, if any. It is further

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over this Order for one full course of the Plaintiff's retreatment with Pegylated Interferon and Ribavirin for Hepatitis C and cirrhosis as set forth above.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida, this 24th day of July, 2003.

                                                          */s/ James C. Paine*
                                                          JAMES C. PAINE
                                                          SENIOR UNITED STATES DISTRICT
                                                          COURT JUDGE

cc: Randall C. Berg, Jr., Esq.

Valerie J. Martin, AAG
Mitchel Chusid, Esq.
Patrick Patrissi, Esq.
Lynn Sharon, Esq.

Brash\orderWex.wpd