UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case No. 02-14331-Civ-Paine/Lynch

ALLEN BRASH,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
a Florida corporation, DAVID
ROWE, and JAMES CROSBY, in
his official capacity as
Secretary of the Florida
Department of Corrections,

    Defendants.



FILED by _____ D.C.

NOV 18 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S NOTICE OF SETTLEMENT OF ATTORNEYS' FEES

Plaintiff, by and through undersigned counsel, gives notice the parties have settled the issue of plaintiff's attorneys' fees and costs, and as soon as payment is completed for Defendant James Crosby, a Stipulation of Payment will be filed.

    Respectfully submitted,

    Randall C. Berg, Jr., Esq.
    Peter M. Siegel, Esq.

    Florida Justice Institute, Inc.
    2870 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida 33131-2309
    305-358-2081
    305-358-0910 (FAX)
    E-Mail: rcberg@bellsouth.net

    Attorneys for Plaintiff

    By: Randall C. Berg, Jr., Esq.
    Florida Bar No. 0318371

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document and all attachments have been furnished to Lynn Sharon, Esq., Ritter Chusid Bivona & Cohen, L.L.P., 7000 West Palmetto park Road, Suite 305, Boca Raton, Florida 33433, counsel for the defendants Wexford and Rowe, and Valerie Martin, Esq., Assistant Attorney General, Florida Department of Legal Affairs, 1515 North Flagler Drive, Suite 900, West Palm Beach, Florida 33401, counsel for defendant Crosby by First Class U.S. Mail on November 17, 2003.

By: Randall C. Berg, Jr., Esq.

Brash/notice4.wpd